UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,
 v.

DOMINIQUE DIVON CASTLE,     **INDICTMENT**

    Defendant.
_____/

The Grand Jury charges:

## COUNT 1
**Felon in Possession of a Firearm**

On or about April 11, 2023, in Kalamazoo County, in the Southern Division of the Western District of Michigan,

DOMINIQUE DIVON CASTLE

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, specifically a loaded Taurus Judge .38 caliber revolver bearing serial number EM346205, and the firearm was in or affecting commerce.

**18 U.S.C. § 922(g)(1)**
**18 U.S.C. § 921(a)**
**18 U.S.C. § 924(a)(8)**

## COUNT 2
### Possession of Methamphetamine with Intent to Distribute

On or about April 11, 2023, in Kalamazoo County, in the Southern Division of the Western District of Michigan,

### DOMINIQUE DIVON CASTLE

knowingly and intentionally possessed with intent to distribute a mixture or substance containing a detectible amount of methamphetamine, a Schedule II controlled substance.

**21 U.S.C. § 841(a)(1), (b)(1)(C)**

## COUNT 3
**Felon in Possession of Firearm**

On or about May 22, 2023, in Kalamazoo County, in the Southern Division of the Western District of Michigan,

DOMINIQUE DIVON CASTLE

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, specifically a stolen Ruger American 9mm pistol bearing serial number 863-07138, and the firearm was in or affecting commerce.

**18 U.S.C. § 922(g)(1)**
**18 U.S.C. § 921(a)**
**18 U.S.C. § 924(a)(8)**

## FORFEITURE ALLEGATION

The allegations contained in Counts 1 and 3 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

Upon conviction of one or more of the offenses in violation of 18 U.S.C. §§ 922(g)(1) set forth in in Counts 1 and 3 of this Indictment, the defendant,

**DOMINIQUE DIVON CASTLE**,

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearm and ammunition involved in or used in the offense, including, but not limited to a Taurus Judge .38 caliber revolver bearing serial number EM346205 and Ruger American 9mm pistol bearing serial number 863-07138 and the ammunition seized in connection with these firearms.

**18 U.S.C. § 924(d)(1)**
**28 U.S.C. § 2461(c)**                        A TRUE BILL

_____
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_____
TIMOTHY VERHEY
Assistant United States Attorney

4